Name: Robert Shapiro
Address: 450 Lexington Avenue
PO Box 2841 NY, NY 10163
Phone: 718-749-4588
Fax:
In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Michael Shapiro Robert Shapiro & or Powers

Plaintiff

v.

ABET, Sherman Oaks, CA

Defendant(s).

CV19-5358 PA (AGRx)

To be supplied by the Clerk of
The United States District Court

The defendants ABET, Sherman Oaks, Ca were party patenting that were sanction sanctioning the use of the ABET and or town Sherman Oaks, CA.

CV-126 (09/09)      PLEADING PAGE FOR A COMPLAINT